575 F.2d 880
 Teachers Insurance and Annuity Association of America
v.
Birmingham Terminal Associates, Inc.***
 No. 77-3500
 United States Court of Appeals,
Fifth Circuit.
 6/14/78
 
 1
 N.D.Ala.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966